

# KAETHERYNE B. KYRIELL, CSR

## OFFICIAL COURT REPORTER

### 272ND DISTRICT COURT

### BRAZOS COUNTY, TEXAS



FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/15/2025 5:49:25 PM
CHRISTOPHER A. PRINE
Clerk

300 E. 26th Street, Suite 400                                    Office Phone: (979) 361-4217
Bryan, Texas 77803                                    E-mail: kkyriell@brazoscountytx.gov

May 15, 2025

Honorable Christopher Prine
Fifteenth Court of Appeals
PO Box 12852
Austin, Texas 78711

RE: *Ramesh Kainthla and Neetu Kainthla v. Trident Homes, Inc. and*
*Ryan Strickland*
Trial Court Cause No. 21-000379-CV-272
Appellate Case No. 15-25-00078-CV
272nd District Court, Brazos County, Texas

Hon. Christopher Prine,

   I received the designation of the reporter's record this afternoon on 05-15-2025 and would request an 30-day extension to file the reporter's record.

   If I can be of further assistance in this matter or you have any questions, please don't hesitate to contact me.

                                  Sincerely,

                                  Kaetheryne Kyriell, CSR

cc: